UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 28 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SAFARI CLUB INTERNATIONAL, an Arizona nonprofit corporation; et al., <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> ROB BONTA, in his official capacity as Attorney General of the State of California, <br><br> Defendant - Appellee. | No. 23-15199 <br><br> D.C. No. 2:22-cv-01395-DAD-JDP <br> U.S. District Court for Eastern California, Sacramento <br><br> **MANDATE** |

The judgment of this Court, entered September 22, 2023, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

FILED

SEP 22 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| SAFARI CLUB INTERNATIONAL, an Arizona nonprofit corporation; et al., <br><br> Plaintiffs-Appellants, <br><br> v. <br><br> ROB BONTA, in his official capacity as Attorney General of the State of California, <br><br> Defendant-Appellee. | No.   23-15199 <br><br> D.C. No. <br> 2:22-cv-01395-DAD-JDP <br><br><br> MEMORANDUM* |

Appeal from the United States District Court
for the Eastern District of California
Dale A. Drozd, District Judge, Presiding

Argued and Submitted June 28, 2023
Pasadena, California

Before:  N.R. SMITH, LEE, and VANDYKE, Circuit Judges.

Safari Club International, et al., challenge the district court's order denying a preliminary injunction against the enforcement of California's recently enacted firearm-advertising law.  Cal. Bus. & Prof. Code § 22949.80.  For the reasons outlined in *Junior Sports Magazines v. Bonta*, No. 22-56090 (9th Cir. Sept. 13,

---

*  This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

2023), we reverse the denial of preliminary injunction and remand for further proceedings consistent with that opinion.

**REVERSED** and **REMANDED.**