Michael B. Reynolds, Bar No. 174534
mreynolds@swlaw.com
Colin R. Higgins, Bar No. 268364
chiggins@swlaw.com
Cameron J. Schlagel, Bar No. 320732
cschlgel@swlaw.com
SNELL & WILMER L.L.P.
600 Anton Blvd, Suite 1400
Costa Mesa, California 92626-7689
Telephone:  714.427.7000
Facsimile:   714.427.7799

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES SPORTSMEN'S ALLIANCE FOUNDATION, an Ohio nonprofit corporation; SAFARI CLUB INTERNATIONAL, an Arizona nonprofit corporation; and CONGRESSIONAL SPORTSMEN'S FOUNDATION, a Washington, D.C. nonprofit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ROB BONTA, in his official capacity as Attorney General of the State of California; and DOES 1-25, inclusive,<br><br>Defendants. | Case No. 2:22-cv-01395- DAD-JDP<br><br>**Joint Status Report**<br><br>Courtroom:   4<br>Judge:          Hon. Dale A. Drozd<br>Trial Date:   None set<br>Action Filed: August 5, 2022 |

Plaintiffs and Defendant, by and through their undersigned counsel, respectfully submit this joint status report pursuant to this Court's May 17, 2023, Order Granting the Parties' Joint Motion for a Stay of Proceedings, ECF No. 29, and the Ninth Circuit's Mandate in *Safari Club International v. Bonta*, issued on February 28, 2024 (*see* Case No. 23-15199, Dkt. 39).

Counsel for the parties have conferred about next steps in this litigation. Defendant is actively considering its next steps in the litigation up to and including a potential resolution of the case.

Plaintiffs request that this Court immediately enter a preliminary injunction consistent with the Ninth Circuit's opinion and judgment, particularly considering that Defendant requires additional time to evaluate its position. Plaintiffs conferred with Defendant and Defendant takes no position regarding this request. Plaintiffs' [Proposed] Order Granting Plaintiffs' Motion for Preliminary Injunction is attached hereto as **Exhibit 1**. In the event the Court does not enter a preliminary injunction by April 2, 2024, Plaintiffs will move the Court for an order granting a preliminary injunction consistent with the opinion and judgment of the Ninth Circuit.

In light of these circumstances, the parties respectfully request that they file a further Joint Status Report with the Court no later than April 19, 2024, updating the Court of their proposed next steps.

DATED this 20th day of March, 2024.

          SNELL & WILMER L.L.P.

          By: */s/ Cameron J. Schlagel*
              Michael B Reynolds
              Colin R. Higgins
              Cameron J. Schlagel
              Attorneys for Plaintiffs

          ROB BONTA
          Attorney General of California

          By: */s/ Gabrielle D. Boutin*
              Gabrielle D. Boutin
              Deputy Attorney General
              *Attorneys for Defendants Attorney General Rob Bonta*