UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAFARI CLUB INTERNATIONAL, et al., | No. 2:22-cv-01395-DAD-JDP |
| Plaintiffs, | |
| v. | ORDER GRANTING PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION |
| ROB BONTA, in his official capacity as Attorney General of the State of California, | |
| Defendant. | |

In view of the ruling of the Ninth Circuit in *Safari Club International, et al. v. Bonta* (No. 23-15199) entered on September 22, 2023, and the mandate issued on February 28, 2024, the court finds as follows:

1. Plaintiffs are likely to succeed on the merits of their claims that California Business & Professions Code § 22949.80 is unconstitutional in violation of the First and Fourteenth Amendments to the United States Constitution;
2. Plaintiffs will suffer irreparable harm if a preliminary injunction is not issued;
3. The balance of the equities tips in plaintiffs' favor;
4. The issuance of a preliminary injunction is in the public interest; and
5. No bond is appropriate under these circumstances.

/////

Accordingly, the court **ORDERS** that pursuant to Rule 65 of the Federal Rules of Civil Procedure, Defendant California Attorney General Rob Bonta and the California Department of Justice, their officers, agents, servants, employees, and anyone else in active concert or participation with any of the aforementioned people or entities, are hereby preliminarily enjoined from enforcing California Business & Professions Code § 22949.80.

It is **FURTHER ORDERED** that plaintiffs shall not be required to post a bond.

IT IS SO ORDERED.

Dated: **April 11, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE