ROB BONTA, State Bar No. 202668
Attorney General of California
ANTHONY R. HAKL, State Bar No. 197335
Supervising Deputy Attorney General
GABRIELLE D. BOUTIN, State Bar No. 267308
Deputy Attorney General
  1300 I Street, Suite 125
  Sacramento, CA 95814
  Telephone: (916) 210-6053
  Fax: (916) 324-8835
  E-mail: Gabrielle.Boutin@doj.ca.gov
*Attorneys for Defendant Attorney General Rob Bonta, in his official capacity*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAFARI CLUB INTERNATIONAL, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ROB BONTA, in his official capacity as Attorney General of the State of California, et al., <br><br> Defendants. | 2:22-cv-01395-DAD-JDP <br><br> **UNOPPOSED ADMINISTRATIVE MOTION TO EXTEND SUPPLEMENTAL BRIEFING DEADLINES RELATED TO PLAINTIFFS' MOTION FOR JUDGMENT ON THE PLEADINGS** <br><br> Date: December 17, 2024 <br> Time: 1:30 p.m. <br> Courtroom: 4 (Hearing via Zoom) <br> Judge: The Honorable Dale A. Drozd <br> Trial Date: None set <br> Action Filed: August 5, 2022 |

In accordance with Local Rule 233, Defendant Attorney General Rob Bonta, in his official capacity, respectfully submits this unopposed administrative motion asking the Court to extend the supplemental briefing deadlines ordered by the Court in connection with Plaintiffs' pending Motion for Judgment on the Pleadings, ECF No. 43.

On July 8, 2025, Plaintiffs filed a notice of supplemental authority alerting the Court to the Ninth Circuit's memorandum decision in *Junior Sports Magazines, Inc. v. Bonta*, No. 24-4050 (9th Cir. July 7, 2025) ("Notice"). ECF. No. 50. Plaintiffs asserted that the decision is relevant to their Motion for Judgment on the Pleadings. *Id.*

1

Unopposed Administrative Motion to Extend Supp. Briefing Deadlines (2:22-cv-01395-DAD-JDP)

On July 30, 2025, this Court issued a Minute Order ordering Defendant to file a response to Plaintiffs' Notice "within 14 days of the date of this order" and ordering Plaintiffs to file any reply "7 days thereafter." ECF No. 51. Defendant's response is therefore currently due on August 13, 2025, and Defendant's reply is currently due on August 20, 2025.

Due to Defendant's counsel's scheduling conflicts, including pre-planned vacation and an upcoming briefing deadline in a different action, it would be difficult to prepare and file a thorough response to the Notice by the August 13 deadline. *See* Declaration of Gabrielle D. Boutin ¶ 4. Defendant therefore respectfully asks the Court to extend the deadlines in the July 30 Minute Order by nine days so that Defendant may file his response to the Notice by August 22, 2025, and Plaintiffs may file any reply by August 29, 2025. Through counsel, Plaintiffs have informed Defendant that they do not oppose this request. *Id.* at ¶ 5. Defendant has submitted a proposed order setting forth these extended deadlines and asks the Court to adopt that order.

Dated:  August 8, 2025    Respectfully submitted,

ROB BONTA
Attorney General of California
ANTHONY R. HAKL
Supervising Deputy Attorney General

*/s Gabrielle D. Boutin*
GABRIELLE D. BOUTIN
Deputy Attorney General
*Attorneys for Defendant Attorney General Rob Bonta, in his official capacity*

2

Unopposed Administrative Motion to Extend Supp. Briefing Deadlines (2:22-cv-01395-DAD-JDP)

# CERTIFICATE OF SERVICE

Case Name:   **Safari Club International, et al. v. Rob Bonta**    No.   **2:22-cv-01395-DAD-JDP**

I hereby certify that on <u>August 8, 2025</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**UNOPPOSED ADMINISTRATIVE MOTION TO EXTEND SUPPLEMENTAL BRIEFING DEADLINES RELATED TO PLAINTIFFS' MOTION FOR JUDGMENT ON THE PLEADINGS**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>August 8, 2025</u>, at Los Angeles, California.

| G. Agcaoili | /s/ G. Agcaoili |
|---|---|
| Declarant | Signature |

SA2022303468