Rob Bonta, State Bar No. 202668
Attorney General of California
Anthony R. Hakl, State Bar No. 197335
Supervising Deputy Attorney General
Gabrielle D. Boutin, State Bar No. 267308
Deputy Attorney General
  1300 I Street, Suite 125
  Sacramento, CA 95814
  Telephone: (916) 210-6053
  Fax: (916) 324-8835
  E-mail: Gabrielle.Boutin@doj.ca.gov
*Attorneys for Defendant Attorney General Rob Bonta, in his official capacity*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAFARI CLUB INTERNATIONAL, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ROB BONTA, in his official capacity as Attorney General of the State of California, et al.,<br><br>Defendants. | 2:22-cv-01395-DAD-JDP<br><br>**JOINT STATUS REPORT**<br><br>Judge:         The Honorable Dale A. Drozd<br>Trial Date:   None set<br>Action Filed: August 5, 2022 |

Plaintiffs and Defendant submit this joint status report in accordance with the Court's September 30, 2025 Order Denying Plaintiffs' Motion for Judgment on the Pleadings, ECF No. 56 (Order).

Since this Court's Order, the parties have actively engaged in settlement negotiations and have made meaningful progress. In light of these ongoing settlement discussions and the uncertainty regarding how much time the parties will require to complete those discussions, the parties propose that the Court order them to file a further joint status report within 60 days and continue the status conference currently set for November 24, 2024. The parties ask the Court to not set other deadlines at this time.

The parties also note for the Court's awareness that in the related case of *Junior Sports Magazines v. Bonta*, the district court has entered a preliminary injunction enjoining enforcement of the entirety of California Business & Professions Code section 22949.80, the same statute challenged in this action. *See Junior Sports Mags. v. Bonta*, No. 2:22-cv-04663-CAS-JC, ECF No. 84 (C.D. Cal. Oct. 1, 2025) (order entering preliminary injunction). Defendant is also currently engaged in settlement discussions with the plaintiffs in that case.

Dated: November 10, 2025

Respectfully submitted,

ROB BONTA
Attorney General of California
ANTHONY R. HAKL
Supervising Deputy Attorney General


*s/ Gabrielle D. Boutin*
GABRIELLE D. BOUTIN
Deputy Attorney General
*Attorneys for Defendant Attorney General Rob Bonta, in his official capacity*


Dated: November 10, 2025

*/s/ Cameron J. Schlagel* (as authorized on Nov. 10, 2025)
Michael B. Reynolds
Collin R. Higgins
Cameron J. Schlagel
Attorneys for Plaintiffs

2

Joint Status Report (2:22-cv-01395-DAD-JDP)

# CERTIFICATE OF SERVICE

| Case Name: | **Safari Club International, et al. v. Rob Bonta** | No. | **2:22-cv-01395-DAD-JDP** |

I hereby certify that on <u>November 10, 2025</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**JOINT STATUS REPORT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>November 10, 2025</u>, at Davis, California.

| Gabrielle D. Boutin | */s/ Gabrielle D. Boutin* |
|---|---|
| Declarant | Signature |