ROB BONTA, State Bar No. 202668
Attorney General of California
ANTHONY R. HAKL, State Bar No. 197335
Supervising Deputy Attorney General
GABRIELLE D. BOUTIN, State Bar No. 267308
Deputy Attorney General
 1300 I Street, Suite 125
 Sacramento, CA 95814
 Telephone: (916) 210-6053
 Fax: (916) 324-8835
 E-mail: Gabrielle.Boutin@doj.ca.gov
*Attorneys for Defendant Attorney General Rob
Bonta, in his official capacity*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAFARI CLUB INTERNATIONAL, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ROB BONTA, in his official capacity as Attorney General of the State of California, et al.,<br><br>Defendants. | 2:22-cv-01395-DAD-JDP<br><br>**JOINT STATUS REPORT**<br><br>Judge: The Honorable Dale A. Drozd<br>Trial Date: None set<br>Action Filed: August 5, 2022 |

Plaintiffs and Defendant submit this joint status report in accordance with the Court's November 12, 2025 Minute Order, ECF No. 58 (Order).

Since this Court's Order, the parties have continued to actively engage in settlement negotiations and have made significant progress. In light of these ongoing settlement discussions and the uncertainty regarding how much time the parties will require to complete those discussions, the parties propose that the Court order them to file a further joint status report within 45 days and continue the status conference currently set for January 26, 2026. The parties ask the Court to not set other deadlines at this time.

The parties also note again for the Court's awareness that in the related case of *Junior Sports Magazines v. Bonta*, the district court has entered a preliminary injunction enjoining

1  enforcement of the entirety of California Business & Professions Code section 22949.80, the
2  same statute challenged in this action.  *See Junior Sports Mags. v. Bonta*, No. 2:22-cv-04663-
3  CAS-JC, ECF No. 84 (C.D. Cal. Oct. 1, 2025) (order entering preliminary injunction*).*  Defendant
4  is also actively engaged in settlement discussions in that case and, like here, significant progress
5  has been made.

Dated:  January 12, 2026       Respectfully submitted,

ROB BONTA
Attorney General of California
ANTHONY R. HAKL
Supervising Deputy Attorney General


*s/ Gabrielle D. Boutin*
GABRIELLE D. BOUTIN
Deputy Attorney General
*Attorneys for Defendant Attorney General Rob Bonta, in his official capacity*


Dated:  January 12, 2026       */s/  Cameron J. Schlagel* (as authorized on January 12, 2026)
Michael B. Reynolds
Collin R. Higgins
Cameron J. Schlagel
Attorneys for Plaintiffs

# CERTIFICATE OF SERVICE

| Case Name: | **Safari Club International, et al. v. Rob Bonta** | No. | **2:22-cv-01395-DAD-JDP** |

I hereby certify that on January 12, 2026, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**JOINT STATUS REPORT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on January 12, 2026, at Davis, California.


Cecilia Apodaca                                        */s/ Cecilia Apodaca*
Declarant                                                    Signature