Michael B. Reynolds, Bar No. 174534
mreynolds@swlaw.com
Colin R. Higgins, Bar No. 268364
chiggins@swlaw.com
Cameron J. Schlagel, Bar No. 320732
cschlgel@swlaw.com
SNELL & WILMER L.L.P.
600 Anton Blvd, Suite 1400
Costa Mesa, California 92626-7689
Telephone: 714.427.7000
Facsimile: 714.427.7799

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES SPORTSMEN'S ALLIANCE FOUNDATION, an Ohio nonprofit corporation; SAFARI CLUB INTERNATIONAL, an Arizona nonprofit corporation; and CONGRESSIONAL SPORTSMEN'S FOUNDATION, a Washington, D.C. nonprofit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ROB BONTA, in his official capacity as Attorney General of the State of California; and DOES 1-25, inclusive,<br><br>Defendants. | Case No. 2:22-cv-01395- DAD-JDP<br><br>**Joint Status Report**<br><br>Courtroom: 4<br>Judge: Hon. Dale A. Drozd<br>Trial Date: None set<br>Action Filed: August 5, 2022 |

Plaintiffs and Defendant, by and through their undersigned counsel, respectfully submit this joint status report in accordance with the Court's November 12, 2025 Minute Order, ECF No. 58 (Order).

Since the parties' last joint status report, the parties have continued to actively engage in settlement negotiations and have successfully negotiated all

major settlement terms. The parties are now in the process of finalizing a proposed stipulated judgment, which they expect to file with the Court in the near future.

In light of this progress, the parties respectfully request that the Court continue the currently scheduled status conference for 30 days. Once the proposed stipulated judgment has been filed, the parties believe the Court should be able to take the status conference off calendar.

The parties also note again for the Court's awareness that in the related case of *Junior Sports Magazines v. Bonta*, the district court has entered a preliminary injunction enjoining enforcement of the entirety of California Business & Professions Code section 22949.80, the same statute challenged in this action. *See Junior Sports Mags. v. Bonta*, No. 2:22-cv-04663-CAS-JC, ECF No. 84 (C.D. Cal. Oct. 1, 2025) (order entering preliminary injunction). Defendant is also actively engaged in settlement discussions in that case.

DATED this 27th day of February, 2026.

        SNELL & WILMER L.L.P.

By:    */s/ Cameron J. Schlagel*
      Michael B Reynolds
      Colin R. Higgins
      Cameron J. Schlagel
      *Attorneys for Plaintiffs*

ROB BONTA
Attorney General of California

By:    */s/ Gabrielle D. Boutin*
      Gabrielle D. Boutin
      Deputy Attorney General
      *Attorneys for Defendants Attorney General Rob Bonta*

Snell & Wilmer
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2026, a true and correct copy of the foregoing **JOINT STATUS REPORT** was filed electronically with the Clerk of the above-captioned Court utilizing the Court's CM/ECF system, resulting in an automatic transmission of a Notice of Electronic Filing to all counsel of record in the above-referenced proceeding.

*/s/ Deanna Kunz*