UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAFARI CLUB INTERNATIONAL, et al., <br><br> Plaintiff, <br><br> v. <br><br> ROB BONTA, in his official capacity as Attorney General of the State of California, <br><br> Defendant. | No.  2:22-cv-01395-DAD-JDP <br><br> ORDER GRANTING STIPULATION FOR FINAL JUDGEMENT AND PERMANENT INJUNCTION <br><br> (Doc. No. 63) |

The Court having considered the parties' Stipulation for Entry of Order, Final Judgment, and Permanent Injunction ("Stipulation"), and finding good cause,

**IT IS HEREBY ORDERED** as follows:

## I. DEFINITIONS

For purposes of this Order, the following definitions apply:

1.     "Section 22949.80" means section 22949.80 of the California Business and Professions Code.

2.     "Plaintiffs" means Plaintiffs The United States Sportsmen's Alliance Foundation, Safari Club International, and Congressional Sportsmen's Foundation, and each of their successors and assigns.

/////

1

3.      "Defendant" means Defendant Rob Bonta, in his official capacity as Attorney General of the State of California, his successors in office, and each of their agents acting within the scope of their official duties.

4.      "First Amended Complaint" means the First Amended Complaint filed in this action on October 18, 2022, ECF No. 12.

## II. JUDGMENT

Judgment is hereby entered in favor of Plaintiffs and against Defendant on the Second Claim for Relief in the First Amended Complaint, "Violation of First Amendment — Commercial Speech." ECF No. 12 at 32.  The Court dismisses the remaining claims with prejudice.

## III. JUDICIAL DECLARATION

**IT IS HEREBY DECLARED** that Section 22949.80, in its entirety, violates the First Amendment of the United States Constitution on its face and as applied to Plaintiffs.

## IV. PERMANENT INJUNCTION

**IT IS HEREBY ORDERED** that Defendant shall be permanently enjoined from enforcing any or all portions of section 22949.80, as against Plaintiffs or any other person or entity.

## V. OTHER ORDERS

**IT IS ORDERED** that this Court shall retain jurisdiction of this matter for the purpose of enforcing this Order, Final Judgment, and Permanent Injunction.

**IT IS ORDERED** that Plaintiffs shall recover from Defendant the amount of $481,749.72 in full compensation for the attorneys' fees and costs incurred by Plaintiffs in connection with this action and the related appeals.  This award is subject to the following terms, to which the Parties have agreed and stipulated:

1.      Post-judgment interest on the attorneys' fees and costs shall accrue immediately at a rate of 3.5% per annum (3.5%), compounded annually, but shall be stayed, abated, and shall not be owed by Defendant to Plaintiffs if the award of attorneys' fees and costs is paid within 270 days of entry of this Judgment.

/////

2

2.      If Defendant fails to pay the agreed upon amount on or before 270 days from the date of entry of Judgment, Plaintiffs shall retain the right to seek additional attorneys' fees, costs, and interest by noticed motion seeking more than the agreed-upon amount, and the Court retains jurisdiction to decide such a motion.  In the event Defendant fails to comply with this portion of the Judgment, Plaintiffs may seek enforcement of this part of the Judgment, Defendant will not oppose the request for the amounts set out above, and Plaintiffs will not need to submit an affidavit or other evidence to the Court in support of this original award for fees and costs, as would otherwise be required.

3.      In the event Defendant fails to comply with any portion of this Judgment, Plaintiffs and/or their successors in interest shall be entitled to an award from Defendant of all legal expenses incurred in enforcing Defendant's obligations hereunder, including but not limited to reasonable attorneys' fees and interest on such expenses.

**IT IS ORDERED** that all other relief sought in First Amended Complaint is denied.

**FINAL JUDGMENT IS ENTERED** pursuant to the terms of this Order.

IT IS SO ORDERED.

Dated:   **March 20, 2026**                     _____
                                                 DALE A. DROZD
                                                 UNITED STATES DISTRICT JUDGE

3